UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

EDWARD RANDOLPH,

                              Plaintiff,

            -v-                                              9:19-CV-1161

LISA KALIES *et al.*,

                              Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

APPEARANCES:                                     OF COUNSEL:

Edward Randolph
Plaintiff, Pro Se
12639161
CNY PC
PO Box 300
Marcy, NY 13403

HON. LETITIA JAMES                               DAVID C. WHITE, ESQ.
New York State Attorney General                  Ass't Attorney General
Attorneys for Defendants
The Capitol
Albany, NY 12224

DAVID N. HURD
United States District Judge

## DECISION and ORDER

Pro se plaintiff Edward Randolph ("plaintiff") filed this action alleging that defendants

violated his civil rights at Auburn Correctional Facility. On January 19, 2021, U.S. Magistrate

Judge Therese Wiley Dancks advised by Report & Recommendation that defendants' motion

to dismiss be denied. Dkt. No. 55. Neither party has filed objections. Upon review for clear

error, the Report & Recommendation is accepted and adopted in all respects.   *See* FED. R.

CIV. P. 72(b).

Therefore, it is

ORDERED that

1.  Defendants' motion to dismiss is DENIED.

The Clerk of the Court is directed to serve a copy of this Decision and Order upon

plaintiff in accordance with the Local Rules.

IT IS SO ORDERED.


Dated:  February 4, 2021
         Utica, New York.

United States District Judge