UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

EDWARD RANDOLPH,

        Plaintiff,

    -v-                               9:19-CV-1161

LISA KALIES *et al.*,

        Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

APPEARANCES:                          OF COUNSEL:

EDWARD RANDOLPH
Plaintiff, Pro Se
9002100192 – B&C
AMKC
18-18 Hazen Street
East Elmhurst, NY 11370

HON. LETITIA JAMES           DAVID C. WHITE, ESQ.
New York State Attorney General   Ass't Attorney General
Attorneys for Defendants
The Capitol
Albany, NY 12224

DAVID N. HURD
United States District Judge

## ORDER ON REPORT & RECOMMENDATION

  On September 19, 2019, *pro se* plaintiff Edward Randolph ("plaintiff"), an inmate in the custody of the New York State Department of Corrections and

Community Supervision ("DOCCS"), filed this 42 U.S.C. § 1983 action alleging that defendants violated his Eighth Amendment rights when they were deliberately indifferent to his serious medical needs while he was incarcerated at Auburn Correctional Facility. Dkt. No. 1. After discovery, defendants moved for summary judgment on plaintiff's claims. Dkt. No. 62.

On November 10, 2021, U.S. Magistrate Judge Thérèse Wiley Dancks advised by Report & Recommendation ("R&R") that defendants' motion for summary judgment be granted and plaintiff's complaint be dismissed. Dkt. No. 79. Plaintiff has not filed objections, and the time period in which to do so has expired. *See id.* Upon review for clear error, the R&R will be accepted and adopted in all respects. *See* FED. R. CIV. P. 72(b).

Therefore, it is

ORDERED that

1. The Report & Recommendation is ACCEPTED; and

2. Defendants' motion for summary judgment is GRANTED.

IT IS SO ORDERED.

Dated: November 30, 2021
       Utica, New York.

David N. Hurd
U.S. District Judge